UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**ACCESS FOR AMERICA, et al.,**

    **Plaintiffs,**

v.   Case No. 8:04-cv-243-T-30TGW

**VENICE VILLAGE SHOPPES, LLC, etc.,**

    **Defendant.**

_____/

## ORDER

THIS CAUSE comes before the Court upon the parties' request for entry of a Final Order Approving and Entering Settlement Agreement and Second Notice of Filing Settlement Agreement and Settlement Agreement (Dkt. 35). Upon review and consideration of the same, this Court will not approve the Settlement Agreement until Plaintiff's counsel submits, for this Court's review, a detailed schedule of fees.

**DONE** and **ORDERED** in Tampa, Florida on November 21, 2005.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Odd\2004\04-cv-243 Denial of Settleagreement - ADA Title III.frm